# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 25-2465

———————————————

Sir Tyrikk Blanks

*Plaintiff - Appellant*

v.

Jason Sengheiser; Michael Francis Stelzer; Katherine M. Fowler; John P. Torbitzky; Thomas Clark; Unknown Defendants

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: February 3, 2026
Filed: February 6, 2026
[Unpublished]

——————————

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Tyrikk Blanks appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 complaint. After careful de novo review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. See Perry v. Precythe, 121 F.4th 711, 714 (8th Cir. 2024) (standard of review); 8th Cir. R. 47B.

_____

---

[1]The Honorable Sarah E. Pitlyk, United States District Judge for the Eastern District of Missouri.